**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6301**

THOMAS EVERETTE CRAWFORD; JARVIS DEANGELO BROADNAX,

 Plaintiffs - Appellants,

 v.

MICHAEL F. EASLEY; ROY COOPER,

 Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:07-ct-03032-BO)

Submitted:  May 29, 2008                    Decided:  June 5, 2008

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas Everette Crawford, Jarvis Deangelo Broadnax, Appellants Pro Se.  Elizabeth F. Parsons, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Everette Crawford and Jarvis Deangelo Broadnax appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Crawford v. Easley</u>, No. 5:07-ct-03032-BO (E.D.N.C. Feb. 14, 2008).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>